UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMUEL K MCDONOUGH,

        Plaintiff,

v.

ROBIN SMITH, et al.,

        Defendant.

CASE NO. C19-1248-RAJ-BAT

**ORDER TERMINATING CONSIDERATION OF REPORT AND RECOMMENDATION**

Plaintiff, Sam McDonough, proceeding *pro se*, filed a complaint pursuant to 42 U.S.C. § 1983. The Court reviewed and screened plaintiff's complaint under 28 U.S.C. § 1915A and §1915(e). In a Report and Recommendation dated September 3, 2019, the Court found and recommended the following:

> [That] plaintiff's claims relating to his "federal appeal" to his criminal case be dismissed without prejudice and with leave to re-file a federal habeas petition pursuant to 28 U.S.C. § 2254. The Court further finds that plaintiff's § 1983 claims related to alleged inadequate medical care provided by Department of Corrections (DOC) staff fail to state a claim as pled. However, the Court recommends that plaintiff be given an opportunity, with respect to his § 1983 claims, to amend his complaint to cure the deficiencies described [in the remainder of the Report and Recommendation]. The Court further recommends that (1) if plaintiff fails to file an amended complaint, that the case be dismissed pursuant to 28 U.S.C. § 1915A and §1915(e) for failure to state a claim; and (2) if plaintiff does file an amended complaint, that the case be referred back to Hon. Brian A. Tsuchida for further proceedings.

ORDER TERMINATING CONSIDERATION
OF REPORT AND RECOMMENDATION - 1

| | |
|---|---|
| 1 | Dkt. 8. |
| 2 | Plaintiff subsequently filed a separate 28 U.S.C. § 2254 petition in this court challenging |
| 3 | the alleged constitutional violations related to his conviction and sentence and seeking release |
| 4 | from custody. *See McDonough v. State of Washington*, 19-cv-1501-MJP-BAT. Plaintiff has also |
| 5 | now filed an amended §1983 civil rights complaint in the instant action related only to his |
| 6 | conditions of confinement claims. Dkt. 10. As such, it appears plaintiff has complied with all of |
| 7 | the recommendations contained in the Court's Report and Recommendation (Dkt. 8). |
| 8 | Accordingly, the Court directs the Clerk to terminate consideration of the Report and |
| 9 | Recommendation (Dkt. 8) as the recommendations contained therein are now moot. The Court |
| 10 | will proceed with screening of the amended complaint (Dkt. 10). |
| 11 | DATED this 7th day of October, 2019. |

BRIAN A. TSUCHIDA
United States Magistrate Judge