UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMUEL K. MCDONOUGH,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBIN SMITH, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. C19-1248-RAJ<br><br>**ORDER OF DISMISSAL** |

The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the remaining record, does hereby **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's claims with respect to inadequate medical care related to his tooth and contamination of the food, water, and coffee at MCC-SOU, are **DISMISSED with prejudice for failure to state a claim**;

(3) Plaintiff's claims with respect to his "false imprisonment" are **DISMISSED without prejudice** pursuant to *Heck v. Humphrey*, 512 U.S. 477, 483-87 (1994);

(3) The Clerk of the Court is directed to close this case;

(4) The Clerk of Court is directed to send copies of this Order to plaintiff and to Judge Tsuchida.

DATED this 5th day of November, 2019.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1